**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 10 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
APR 10 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Petitioner,<br><br>v.<br><br>NORTHPAC ELECTRIC; et al.,<br><br>　　　　Respondents. | No. 99-70895<br><br>NLRB No. 19-CA-26167<br><br>District of Alaska, Anchorage<br>No. 3:04-MJ-00079-JDR<br><br>ORDER |

Before: BEEZER, T.G. NELSON, and BEA, Circuit Judges.

The joint motion of the parties for approval of their settlement agreement is granted. We affirm the district court's order dated December 21, 2004, "Granting the Parties' Joint Motion and Recommendation to the United States Court of Appeals for the Ninth Circuit for Approval of Joint Settlement Stipulation," including all recommendations made therein by the district court. The district court's order and the settlement agreement are entered as a judgment of this court.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 05 2006
by: _____
Deputy Clerk

MOATT