UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ORIGINAL
RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

|  |  |
|---|---|
| IN RE: WRIT OF BODY ATTACHMENT OF HARRY MEYER | No. A04-0079 MJ (JDR) |
| NATIONAL LABOR RELATIONS BOARD, PETITIONER, v. NORTHPAC ELECTRIC, HARRY MEYER AND PATRICK HEADLEY, A PARTNERSHIP D/B/A NORTHLAND ELECTRIC, RESPONDENTS. | No. 99-70895 (9th Cir.) |

**UNOPPOSED MOTION FOR RELEASE OF
$20,000 PERFORMANCE BOND AND $5,000 CASH BAIL
AND TO VACATE THE RELEASE OF CIVIL INCARCERATION ORDER**

The National Labor Relations Board, with the concurrence of Respondent Northpac Electric, Northland Electric and Harry Meyer, through their counsel, hereby files this motion for the release of the performance bond and cash bail and for an order vacating the release of civil incarceration in the above captioned matter. In support of this motion, the Board shows that:

1. On March 10, 2006, the U.S. Court of Appeals for the Ninth Circuit affirmed the December 21, 2004 District Court

order that approved the parties' motion for approval of the Joint Settlement Stipulation.  See Attachment A.

2.  The terms of the Joint Settlement Stipulation provide for the release of the $20,000 performance bond, plus any interest should there be any, to the Board.  See page 3 of the Joint Settlement Stipulation.  See Attachment B.  The bond should be made payable to the National Labor Relations Board and sent to the attention of the undersigned attorney at 1099 14th Street, N.W., Suite 10700, Washington, D.C. 20005.

3.  The terms of the Joint Settlement Stipulation provide for the release of the $5,000 cash bail, plus any interest should there be any, to the Respondent.  See page 3 of the Joint Settlement Stipulation.  The cash bail should be sent to Joe P. Josephson, Esq., Josephson & Associates, 912 West Sixth Avenue, Anchorage, Alaska 99501.  See Attachment C.

4.  Under the terms of the District Court's December 21, 2004 Order, Respondent Harry Meyer is obligated to obey the terms and conditions of his release of civil incarceration mandated by this Court on March 24, 2004 until final approval of the recommendation for approval of the parties' Joint Settlement Stipulation by the United States Court of Appeals for the Ninth Circuit.  See page 3 of the Joint Settlement Stipulation.

**WHEREFORE** the Board respectfully moves the Court for an order releasing the performance bond to the Board and the cash

bail to Respondent's counsel. The Board also moves this court to vacate the release of Respondent's civil incarceration order. A proposed order is attached for the Court's consideration.

RESPECTFULLY SUBMITTED,

*[signature]*

STANLEY R. ZIRKIN
Acting Assistant General Counsel
Contempt Litigation
 & Compliance Branch

JOAN A. SULLIVAN
Senior Trial Attorney
(202) 273-3742

Dated this 31st day of March, 2006 in Washington, D.C.

NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W., Suite 10700
Washington, D.C. 20570
(202) 273-3740
(202) 273-4244 (facsimile)

Enclosures

[NPE9thdisbursement.doc]