RECEIVED

APR 0 3 2006

CLERK U.S. DISTRICT COUR
ANCHORAGE ALASKA

# ATTACHMENT C

JOSEPHSON & ASSOCIATES
ATTORNEYS AT LAW
912 WEST SIXTH AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-0151
1-800-478-3508
FAX (907) 276-0155
www.josephsonlaw.com

JOE P. JOSEPHSON

JODY A. REALISAW
OF COUNSEL

March 29, 2006

Joan A. Sullivan, Esq.,
Senior Trial Attorney
National Labor Relations Board,
Contempt Litigation and Compliance Branch,
1099 14th Street, N.W., Suite 10700,
Washington, D. C.  2005

                    Re: No. A04-0079 MJ (JDR), *In re Writ of*
                        *Body Attachment of Harry Meyer*
                        Board Case No. 19-CA-26167
                        Contempt Case No. 00-CLB-9

Dear Joan:

     Thank you for your letter of March 24, and enclosures.  You
may represent that your motion for disbursement is unopposed.
The $5,000 bond should be forward to me on behalf of Harry Meyer.

          Sincerely yours,

          Joe P. Josephson