UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA CIRCUIT

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| IN RE: WRIT OF BODY ATTACHMENT OF HARRY MEYER | No. A04-0079 MJ (JDR) |
| NATIONAL LABOR RELATIONS BOARD, Petitioner, | |
| v. | No. 99-70895 (9th Cir.) |
| NORTHPAC ELECTRIC, HARRY MEYER AND PATRICK HEADLEY, A PARTNERSHIP D/B/A NORTHLAND ELECTRIC, Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one copy of the Board's UNOPPOSED MOTION FOR RELEASE OF $20,000 PERFORMANCE BOND AND $5,000 CASH BAIL AND TO VACATE THE RELEASE OF CIVIL INCARCERATION ORDER, and proposed ORDER, in the above-captioned matter, has this day been served via first class mail upon the following at the address listed below:

Joe P. Josephson, Esq.
Josephson & Associates, Inc.
912 W. 6th Avenue
Anchorage, AK 99501

*Catherine Quick*
Catherine Quick
Paralegal
Contempt Litigation & Compliance Branch

Dated at Washington, D.C.
this 31st day of March, 2006.

{G:Northpaccertificate2.doc/cq}