# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

**RECEIVE**

APR 0 3 20

CLERK U.S. DISTRIC
ANCHORAGE A.

| | |
|---|---|
| IN RE: WRIT OF BODY ATTACHMENT OF HARRY MEYER | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**IN RE: WRIT OF BODY ATTACHMENT**
**OF HARRY MEYER**                                    **No. A04-0079 MJ (JDR)**

**NATIONAL LABOR RELATIONS BOARD,**

                              **PETITIONER,**

         v.                                          **No. 99-70895 (9th Cir.)**

**NORTHPAC ELECTRIC, HARRY MEYER AND**
**PATRICK HEADLEY, A PARTNERSHIP D/B/A**
**NORTHLAND ELECTRIC,**

                              **RESPONDENTS.**

## ORDER

Upon review of the Board's Unopposed Motion for Release

of $20,000 Performance Bond and $5,000 Cash Bail and for an

order vacating Respondent's release of civil incarceration,

and there being good cause, it is hereby

**ORDERED THAT** the motion for release of the performance

bond and cash bail is granted.

**IT IS FURTHER ORDERED THAT** the $20,000 performance bond,

plus any interest should there be any, shall be forwarded to

the National Labor Relations Board at 1099 14th Street, N.W.,

Suite 10700, Washington, D.C. 20005.

**IT IS FURTHER ORDERED THAT** the $5,000 cash bail, plus any interest should there be any, shall be forwarded to Joe P. Josephson, Esq., Josephson & Associates, 912 West Sixth Avenue, Anchorage, Alaska 99501.

**IT IS FURTHER ORDERED THAT** the terms and conditions of Respondent Meyer's release of civil incarceration mandated by this Court on March 24, 2004 is hereby vacated.

**IT IS SO ORDERED**

_____
U.S. Magistrate Judge John D. Roberts

Dated: _____, 2006

[NPEsettlementjtmot.doc]