# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LODGED
DEC 17 2004
FILED
DEC 21 2004
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

RECEIVED
APR 10 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

|  |  |
|---|---|
| IN RE: WRIT OF BODY ATTACHMENT OF HARRY MEYER | ) ) ) ) ) No. A04-0079 MJ (JDR) ) ) |
| NATIONAL LABOR RELATIONS BOARD, PETITIONER, v. NORTHPAC ELECTRIC, HARRY MEYER AND PATRICK HEADLEY, A PARTNERSHIP D/B/A NORTHLAND ELECTRIC, RESPONDENTS. | ) ) ) ) ) ) ) ) No. 99-70895 (9th Cir.) ) ) ) ) ) ) |

### ORDER GRANTING THE PARTIES' JOINT MOTION
### AND RECOMMENDATION TO THE
### UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### FOR APPROVAL OF JOINT SETTLEMENT STIPULATION

Upon review of the parties' Joint Motion for Approval of the Joint Settlement Agreement between the National Labor Relations Board and Northpac Electric and Harry Meyer d/b/a Northland Electric, and there being good cause, it is hereby

**ORDERED THAT** the joint motion for approval of the parties' joint settlement stipulation resolving the instant proceedings before this Court concerning the Writ of Body

Attachment of Respondent Meyer (No. A04-0079 (D.AK.) and No. 99-70895 (9th Cir.)) is granted.

**IT IS FURTHER ORDERED THAT** the 580SL Loader/Backhoe (Tractor S/N JJG0190148, Engine S/N 45131311; Trans. S/N 1027) which was physically transferred to Local 1547 of the International Brotherhood of Electrical Workers on October 21, 2004 shall remain in the custody and care of IBEW Local 1547 with the understanding that IBEW Local 1547 will maintain the backhoe in the same or better working condition as the day that it obtained physical possession of it pending final approval of this settlement by the United States Court of Appeals for the Ninth Circuit. Pending approval by the Court of Appeals, Respondent Meyer shall retain ownership but not physical custody of the backhoe.

**IT IS FURTHER ORDERED THAT** the $20,000 performance bond, plus any interest should there be any, shall remain in the registry of the U.S. District Court for the District of Alaska pending final approval by the United States Court of Appeals for the Ninth Circuit in this matter.

**IT IS FURTHER ORDERED THAT** the $5,000 cash bail, plus any interest should there be any, shall remain in the registry of the U.S. District Court for the District of Alaska pending final approval of this settlement by the United States Court of Appeals for the Ninth Circuit.

**IT IS FURTHER ORDERED THAT** Respondent Meyer shall abide by the terms and conditions of his release of civil incarceration mandated by this Court on March 24, 2004 pending final approval of this settlement by the United States Court of Appeals for the Ninth Circuit.

**IT IS FURTHER ORDERED THAT** upon the approval by the Court of Appeals, the $20,000 performance bond, plus any interest should there be any, shall be transferred to the Board, and the $5,000 cash bail, plus any interest should there be any, shall be remitted to Respondent Meyer; and the ownership of the backhoe described above shall immediately be transferred to IBEW Local 1547.

**IT IS FURTHER ORDERED THAT** Respondents Meyer and Northpac Electric shall abide by the terms and conditions of the 2004-2007 Inside Agreement of the Alaska Electrical Construction between Local Union 1547 International Brotherhood of Electrical Workers and the Alaska Chapter National Electrical Contractors Association, Inc. to the extent that Respondents engage in work covered by the collective bargaining agreement.

**IT IS RECOMMENDED THAT** in addition to resolving the Writ of Body Attachment proceeding before this Court, that the United States Court of Appeals for the Ninth Circuit find that the parties have reach a settlement agreement purging Respondents of their contempt of court of the Court's judgment in case No. 99-70895 (9th Cir.) and have paid, as agreed, a

portion of the Board's attorneys fees and costs in satisfaction of the monies owed to the Board in seeking compliance with the 1999 judgment of the Ninth Circuit. It is recommended that the Court of Appeals approve the parties' Joint Settlement Stipulation and this Order.

**IT IS SO ORDERED AND RECOMMENDED**

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DEC 27 2004

FILED
DOCKETED 12/28/04 cp
         DATE

_____
U.S. Magistrate Judge John D. Roberts

Dated: December 20, 2004

99-70895

[NPEsettlementjtmot.doc]

A04-0079--MJ (JDR)    on 12/21/04
-------------------------------------
✓ J. JOSEPHSON
✓ D. COOPER (USA)
✓ J. SULLIVAN
✓ Appeals clerk
✓ 9CCA w/cy of joint settlement stip
✓ Finance