Joe P. Josephson, Esq.
Josephson & Associates, P. C.
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel.: (907) 276-0151
Facsimile: 9907) 276-0155
E-mail: jjosephson@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In Re: Writ of Body Attachment of Harry Meyer | ) ) ) ) ) |
| NATIONAL LABOR RELATIONS BOARD, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| NORTHPAC ELECTRIC, HARRY MEYER and PATRICK HEADLEY, a partnership d/b/a Northland Electric, | ) ) ) ) ) |
| Respondents. | ) No. A04-0079 MJ (JDR) |

**ORDER PURSUANT TO NON-OPPOSED MOTION**

Pursuant to the unopposed motion of the NATIONAL LABOR RELATIONS BOARD, DATED March 31, 2006, it is

ORDERED, in accordance with the said motion at pages 2 and 3, that the $20,000 performance bond, plus any interest should

there be any, be, and it is, hereby, released to the National Labor Relations Board, payable to the Board and sent to the attention of Stanley R. Zirkin, Esq., Acting Assistnat General counsel, Contempt Litigation and Compliance Branch, National Labor Relations Board, and/or Joan A. Sullivan, Senior Trial Attorney, National Labor Relations Board, 1099 14th Street, N.W., Suite 10700, Washington, D. C. 2005; and it is

FURTHER ORDERED that the $5,000 cash bail be, and it is hereby, released, the said amount to be sent to Joe P. Josephson, Esq., Josephson & Associates, 912 West Sixth Avenue, Anchorage, Alaska 99501.

The Clerk is directed to implement this ORDER.

DATED this 16th day of May, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge